UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NICOLE FINLEY,
    Plaintiff,

v.

Seven Hills OB-GYN Associates, Inc.,
    Defendant.

Case No. 1:22-cv-720
McFarland, J.
Litkovitz, M.J.

**ORDER**

This matter was called before the Court for a telephonic informal discovery conference on May 21, 2024. Plaintiff was represented by Elizabeth Tuck, and defendant was represented by Rachel Tom-Quinn and Mark W. Peters. The parties discussed the joint agenda items submitted to the Court on May 17, 2024, which are attached. Having heard from the parties and for the reasons discussed during the informal discovery conference, it is hereby **ORDERED** as follows:

1. For the reasons offered by plaintiff's counsel at the conference, the Court finds good cause to extend the discovery deadlines and finds plaintiff's request for the informal discovery conference is timely. Once the issues otherwise addressed in this Order are resolved, the Court will direct the parties to submit a proposed amended calendar order.

2. Regarding agenda item No. 2, relating to Interrogatory No. 8 and Request for Document Production 1a, defendant shall submit to plaintiff within **two weeks** an updated interrogatory response, verifying the statements contained in defendant counsel's March 15, 2024 letter to plaintiff's counsel relevant to this agenda item.

3. Regarding agenda item No. 7, relating to Document Request 1a, defendant represents it has produced plaintiff's personnel file, and defendant possesses no other documents

responsive to this request.  The Court will not order defendant to further respond to this request.

4. Regarding agenda item Nos. 3, 4, 5 and 6, each party shall file a written brief **within seven (7) days**, no longer than **five (5) pages** in length, addressing the discovery disputes raised in each of these agenda items.

5. Regarding agenda item No. 8, Document Request 1b, the Court will not make a ruling on this item because plaintiff's counsel stated during the conference that she would explore these matters during depositions.

6. Regarding agenda item No. 9, plaintiff withdrew this request.

7. Regarding agenda item No. 10 relating to document requests for defendant's financial information, the Court will **DEFER** ruling on this request until after summary judgment.

8. Regarding agenda item No. 11 as it relates to Interrogatory No. 22, defendant shall submit an updated interrogatory answer to plaintiff within **two weeks**.  The Court finds, however, that as agenda item No. 11 relates to Interrogatory No. 23, defendant has sufficiently responded.

9. Regarding agenda item No. 12, relating to production of internal and external communications regarding plaintiff's leave, health, or termination, including electronic communications through emails, and Teams and Relatient platforms, defendant's counsel maintains defendant has produced all documentation in its possession that is relevant and responsive to this request.  The Court will not otherwise order defendant to further respond to this request.  Plaintiff may probe this

topic during depositions and, if necessary thereafter, the Court can address any issues that might arise relating the completeness of defendant's production.

**IT IS SO ORDERED**.

Date: 5/22/2024

Karen L. Litkovitz
United States Magistrate Judge

3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| NICOLE FINLEY<br>5665 Cleves Warsaw<br>Cincinnati, OH 45238 | :<br>:<br>:<br>: | Case No. 1:22-cv-720<br>J. Matthew W. McFarland<br>Mag. J. Karen L. Litkovitz |
| Plaintiff, | :<br>: | |
| v. | :<br>: | |
| SEVEN HILLS OB-GYN ASSOCIATES,<br>LLC, D/B/A AXIA WOMEN'S HEALTH,<br>D/B/A SEVEN HILLS WOMEN'S HEALTH<br>CENTERS | :<br>:<br>:<br>:<br>: | **JOINT AGENDA FOR INFORMAL<br>DISCOVERY CONFERENCE** |
| Defendant. | : | |

The parties anticipate discussing the following issues during the informal discovery conference before Magistrate Judge Litkovitz by telephone on May 21, 2024 at 11:00 a.m.:

1. Whether the discovery dispute conference is timely and whether the discovery period should be extended.

2. Plaintiff's Interrogatory requesting details of time off taken for health reasons by Plaintiff between January 1, 2018 and her termination on December 31, 2020, and Defendant's responses.

3. Plaintiff's Interrogatory and Document Request for Comparator job histories, and Defendant's objections and responses.

4. Plaintiff's Interrogatory asking to identify any Comparator known or believed by Defendant to have had a health condition and to provide details about those Comparators' time off or other possible accommodation, and Defendant's objections and responses.

5. Plaintiff's Interrogatory and Document Request for other internal or external employee complaints of disability discrimination or FMLA violations, and Defendant's objections and responses.

6. Plaintiff's Document Request for personnel information of Comparators, and Defendant's objections and responses.

7. Plaintiff's Document Request for confirmation that Defendant has produced all personnel information for Plaintiff, and Defendant's responses.

8. Plaintiff's Document Request for personnel information for employees involved in the incident(s) Defendant claims led to Plaintiff's termination, and Defendant's objections and responses.

9. Plaintiff's Document Request for personnel information for any employee known by Defendant to have violated HIPAA, and Defendant's responses.

10. Plaintiff's Document Request for annual financial reports from 2018 to present, and Defendant's objections and responses.

11. Plaintiff's Document Request for any agreement between Seven Hills and Axia in existence in 2020 or 2021, and Defendant's objections and responses.

12. Plaintiff's Document Request for internal and external communications regarding Plaintiff's leave, health or termination, including email, Teams, and Relatient, and Defendant's responses.

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| /s/ Elizabeth S. Tuck | /s/ Mark W. Peters |
| Elizabeth S. Tuck (0076542) | Mark W. Peters (018422) |
| Trial Attorney for Plaintiff | HOLLAND & KNIGHT LLP |
| THE TUCK FIRM, LLC | 511 Union Street, Suite 2700 |
| 810 Sycamore Street, Fourth Floor | Nashville, Tennessee 37219 |
| Cincinnati, OH 45202 | Tel: 615.850.8888 / Fax 615.244.6804 |
| Tel: 513.545.6781 / Fax: 513.263.9081 | *markwpeters@hklaw.com* |
| *lisa@tuckfirm.com* | |
| | Rachel Tom-Quinn |
| | HOLLAND & KNIGHT LLP |
| | 511 Union Street, Suite 2700 |
| | Nashville, Tennessee 37219 |
| | Tel: 615.850.8888 / Fax 615.244.6804 |
| | *rachel.tomquinn@hklaw.com* |